

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2019

No. 04-18-00747-CV

Marcelo **GALVAN** Jr. and Analicia R. Galvan,
Appellants

v.

Cledson **MACEDO DE CARVALHO**, Kristina Carvalho and Jagaland Co., LLC,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH001835-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
           Rebeca C. Martinez, Justice
           Luz Elena D. Chapa, Justice

Appellants' Motion to Extend Time to File Reply to Appellee Jagaland Co., L.L.C.'s Brief is hereby GRANTED.

It is so **ORDERED** on September 18, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court